858 A.2d 1159

In re BUCKS COUNTY INVESTIGATING GRAND JURY.

Appeal of Voicenet Communications, Inc., Omni Telecom, Inc. Brian Adelson.

Supreme Court of Pennsylvania.

Aug. 30, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of August, 2004, the above captioned appeal is quashed.